UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Newline Syndicate 1218 At Lloyd's,<br><br>      Plaintiff,<br><br>-against-<br><br>Yang Ming Marine Transport Corporation,<br><br>      Defendant. | 22-CV-10905 (DEH)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  By Order of Reference dated February 5, 2024 (ECF 20), Judge Dale E. Ho referred this case to Magistrate Judge Valerie Figueredo for settlement. On February 6, 2024, that referral was reassigned to me.

  A settlement conference is scheduled for **Friday, May 31, 2024 at 2:00 p.m.** in Courtroom 9B at 500 Pearl Street, New York, NY, 10007. If this date is not convenient for the parties, counsel should e-mail my chambers at TarnofskyNYSDChambers@nysd.uscourts.gov by **May 17, 2024** to propose three alternative dates for a settlement conference during the week of 5/27/2024. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **Friday, May 24, 2024, at 5:00 p.m**.

  Corporate parties must send the person with decision-making authority to settle the matter to the conference.

  If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED: February 6, 2024  
     New York, NY

SO ORDERED.

_____  
**ROBYN F. TARNOFSKY**  
United States Magistrate Judge